FILED
2018 Aug-27 PM 01:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| WILLIE HILL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 7:16-cv-01201-LSC |
| ) | |
| EMPLOYEE BENEFITS ) | |
| ADMINSTRATIVE COMMITTEE ) | |
| OF MUELLER GROUP, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum of Opinion entered contemporaneously herewith, the motion for summary judgment (doc. 40) filed by Defendants is granted and the cross motion for summary judgment (doc. 42) filed by Plaintiffs is denied.

Costs are taxed to Plaintiffs.

**DONE** and **ORDERED** on August 27, 2018.

_____
L. Scott Coogler
United States District Judge

195126