FILED

2018 Sep-21  PM 12:10
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| Willie Hill, Russell Smith, Peter Collins, Wilbur Crear, Dean Davidson, Verge Henton, Jesse Brown, David Holmes, Robert Hudson, Shirley Kennard, Roy McLin, Shirley Medley, Marilynn Mitchell, Bill Moore, Mark Parker, Rosalind Pettigrew, Eric Shaw, Terry Carter, Ronald Wallace, Michael Watkins, Winifred Wells, Sr., Jerry Wayne Williams and Ronnie Woods<br><br>Plaintiffs,<br><br>v.<br><br>Employee Benefits Administrative Committee of Mueller Group, LLC; Appeals Committee of the Employee Benefits Administrative Committee of Mueller Group, LLC; Mueller Group, LLC Pension Plan for Selected Employees; and Mueller Group, LLC<br><br>Defendants. | CIVIL ACTION NO.<br>7:16-cv-01201-LSC |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Willie Hill, Russell Smith, Peter Collins, Wilbur Crear, Dean Davidson, Verge Henton, Jesse Brown, David Holmes, Robert Hudson, Shirley Kennard, Roy McLin, Shirley Medley, Marilynn Mitchell, Bill Moore, Mark Parker, Rosalind Pettigrew, Eric Shaw, Terry Carter,

Ronald Wallace, Michael Watkins, Winifred Wells, Sr., Jerry Wayne Williams and Ronnie Woods ("Participants") appeal to the Eleventh Circuit Court of Appeals from the District Court's Order and Memorandum Opinion both dated August 27, 2018 (respectively, Doc. 57 and Doc. 58) in their entirety entered pursuant to Rule 56 granting judgment to Employee Benefits Administrative Committee of Mueller Group, LLC; Appeals Committee of the Employee Benefits Administrative Committee of Mueller Group, LLC; Mueller Group, LLC Pension Plan for Selected Employees; and Mueller Group, ("Mueller") and denying judgment to the Participants.

Respectfully submitted,

*s/ David P. Martin*                .
   David P. Martin
   (ASB-3500-M68D)
   david@erisacase.com

M. Clayborn Williams
(ASB-9101-A43M)
clay@erisacase.com

**THE MARTIN LAW GROUP, LLC**
P.O. Box 20087
Tuscaloosa, AL 35402
(205) 343-1771 (Tel)
(205) 343-1781 (Fax)

Tybe A Brett
tbrett@fdpklaw.com
**FEINSTEIN DOYLE PAYNE**
  **& KRAVEC, LLC**
Law & Finance Building
429 Fourth Avenue, Suite 1300
Pittsburgh, PA  15219
(412) 281-8400 (Tel)
(412) 281-1007 (Fax)

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that, on September 21, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ David P. Martin*
David P. Martin

3